UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JORGE MORALES, *individually and on behalf of all others similarly situated*, et al.,

                              Plaintiffs,

-against-

TREMONT CAR WASH AND LUBE LLC et al.,

                              Defendants.

------------------------------------------------------------ x

ORDER

20 Civ. 1760 (GBD)

GEORGE B. DANIELS, District Judge:

      The May 28, 2020 initial conference is adjourned to August 20, 2020 at 9:30 a.m.

Dated: May 5, 2020
       New York, New York

                                                 SO ORDERED.

                                                 *George B. Daniels*
                                                 GEORGE B. DANIELS
                                               UNITED STATES DISTRICT JUDGE