# REX WHITEHORN & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

REX WHITEHORN

APHRODITE HEPHEASTOU
CAESAR D. RICHBOW
DENIS FISHMAN

OF COUNSEL:
MARK D. MERMEL
DENNIS M. REISMAN

11 GRACE AVENUE
SUITE 411
GREAT NECK, NEW YORK 11021

TEL: (516) 829-5000
FAX: (516) 829-5190
RW@RWASSOCIATESPC.COM

December 2, 2020

**VIA ECF FILING**

United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Attn: Hon. George B. Daniels

Re:   Morales et al v. Tremont Car Wash & Lube
      Index No: 20-cv-01760

**SO ORDERED**

The December 3, 2020 initial conference is adjourned to January 7, 2021 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Dear Hon. Daniels,

We write regarding the conference scheduled for December 3, 2020 in the above reference matter. The parties had previously engaged in mediation and several sessions were held. At the beginning of September and into mid-October, there were several questions raised by Defendants in the mediation regarding damages calculations as compared to employer's records. To date, we have not received any responses from Plaintiffs' attorney's office. In addition, our office tried to contact Plaintiffs' attorneys regarding the conference scheduled for December 3, 2020 by phone and by email, and have not received any response. Due to this lack of communication, Defendants' request that the conference for tomorrow be adjourned for 2 weeks. We thank the court for its consideration of the above.

We are available to discuss same at your earliest convenience.

Sincerely,

Rex Whitehorn, Esq.