UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JORGE MORALES, *individually and on behalf of all others similarly situated*, et al.,

                        Plaintiffs,

-against-

TREMONT CAR WASH AND LUBE LLC et al.,

                        Defendants.

------------------------------------- X

ORDER

20 Civ. 1760 (GBD)

GEORGE B. DANIELS, District Judge:

    The March 25, 2021 initial conference is hereby cancelled, in light of this Court's referral to Magistrate Judge Cott for General Pretrial and dispositive motions.

Dated: March 4, 2021
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE