USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JORGE MORALES, *et al.*,    :
                            :
        Plaintiffs,    :  **ORDER**
                            :
  -v-                       :  20-CV-1760 (GBD) (JLC)
                            :
TREMONT CAR WASH AND LUBE, LLC, *et al.*,   :
                            :
        Defendants.    :
------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

    Due to a change in the Court's schedule, the telephonic conference on May 10 at 11:00 a.m. to discuss settlement conference logistics is hereby rescheduled to **May 10** at **10:00 a.m.**

    SO ORDERED.

Dated: April 13, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge