**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

JORGE MORALES, TORIBIO DE LA CRUZ
MEJIA, FREDDY GOMEZ CASTRO,
CHRISTIAN LUGO VIERA, MARCOS
GONZALEZ MARTINEZ, JORGE ALBERTO
LINARES FIGUEROA, ROLANDO GARCIA, and
RAMON ANTONIO CONSTANZA ESTEVEZ,
individually and on behalf of all other similarly
situated,

                     Plaintiffs,

   -against-

TREMONT CAR WASH AND LUBE LLC, K & P
CW INC., and JOHN LAGE, MICHAEL LAGE,
BYOUNGHOON PARK a/k/a EDDIE PARK, and
JI HYUN KIM a/k/a ANDREW H. KIM, as
individuals,

                     Defendants.

------------------------------------- x

ORDER

20 Civ. 01760 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

      The Court will hear oral arguments on the pending motions for summary judgment, (ECF No. 44), on June 14, 2022 at 10:00 am.

Dated: April 18, 2022
       New York, New York

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE