UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JORGE MORALES, TORIBIO DE LA CRUZ :
MEJIA, FREDDY GOMEZ CASTRO, :
CHRISTIAN LUGO VIERA, MARCOS :
GONZALEZ MARTINEZ, JORGE ALBERTO :
LINARES FIGUEROA, ROLANDO GARCIA, and :
RAMON ANTONIO CONSTANZA ESTEVEZ, :
individually and on behalf of all other similarly :
situated, :
:
                Plaintiffs, :
   -against- :
:
TREMONT CAR WASH AND LUBE LLC, K & P :
CW INC., and JOHN LAGE, MICHAEL LAGE,
BYOUNGHOON PARK a/k/a EDDIE PARK, and
JI HYUN KIM a/k/a ANDREW H. KIM, as
individuals,

                Defendants.
------------------------------------ x

ORDER

20 Civ. 01760 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

      Defendants motion to appear virtually for oral argument on August 2, 2022 is DENIED.

      The August 2, 2022 oral argument is adjourned until August 9, 2022, at 11:00 AM in person.

Dated: July 25, 2022
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE