**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JORGE MORALES, TORIBIO DE LA CRUZ MEJIA, FREDDY GOMEZ CASTRO, CHRISTIAN LUGO VIERA, MARCOS GONZALEZ MARTINEZ, JORGE ALBERTO LINARES FIGUEROA, ROLANDO GARCIA, and RAMON ANTONIO CONSTANZA ESTEVEZ, individually and on behalf of all other similarly situated,

       Plaintiffs,

 -against-               20 **CIVIL** 1760 (GBD)(JLC)

                       **JUDGMENT**

TREMONT CAR WASH AND LUBE LLC, K&P CW INC., and JOHN LAGE, MICHAEL LAGE, BYOUNGHOON PARK a/k/a EDDIE PARK, and JI HYUN KIM a/k/a ANDREW H. KIM, as individuals,

       Defendants.

-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 17, 2022, Tremont Defendants' summary judgment motion and K&P Defendants' motion to dismiss is GRANTED. The FAC is dismissed in its entirety without prejudice.

**Dated:** New York, New York

    August 18, 2022

                       **RUBY J. KRAJICK**
                       _____
                       **Clerk of Court**
             **BY:** *K. Mango*
                       _____
                       **Deputy Clerk**